IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mr. Steven V. Wilson | : | |
| | : | Civil Action No. 5:13-cv-04433-JLS |
| Plaintiff, | : | |
| | : | JURY DEMAND |
| v. | : | |
| | : | |
| Thermos Motorsports d/b/a Nitrous Supply | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL OF THE AMENDED COMPLAINT
AGAINST DEFENDANT THERMOS MOTORSPORTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in accordance with an agreement between the parties to this action, Plaintiff, Mr. Steven V. Wilson, by his undersigned attorneys, hereby voluntarily dismisses the Amended Complaint against Defendant Thermos Motorsports d/b/a Nitrous Supply, without prejudice.

Respectfully submitted,

Date: <u>January 10, 2014</u>          By: <u> s/Randolph J. Huis           </u>
                                        Randolph J. Huis, Esquire, PA #64,457
                                        John J. O'Malley, Esquire, PA #68,222
                                        VOLPE AND KOENIG, P.C.
                                        United Plaza
                                        30 S. 17th Street
                                        Telephone: (215) 568-6400
                                        Facsimile: (215) 568-6499

                                        *Attorneys for Plaintiff,*
                                        *Steven V. Wilson*

2840978-1

CERTIFICATE OF SERVICE

I, declare under penalty of perjury that a copy of the forgoing Notice of Voluntary Dismissal of the Amended Complaint Against Defendant Thermos Motorsports was filed and served electronically, and is available for viewing and downloading through the Court's ECF system with a copy served on Defendant's counsel via first class mail to the following:

>David R. Flyer
>4120 Birch Street, Suite 101
>Newport Beach, CA 92660

Respectfully submitted,

Date: <u>January 10, 2014</u>        By:  <u>s/Randolph J. Huis</u>
                                         Randolph J. Huis, Esquire, PA #64,457
                                         John J. O'Malley, Esquire, PA #68,222
                                         VOLPE AND KOENIG, P.C.
                                         United Plaza
                                         30 S. 17th Street
                                         Telephone: (215) 568-6400
                                         Facsimile: (215) 568-6499

                                         *Attorneys for Plaintiff,*
                                         *Steven V. Wilson*